**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　Wonda Evans<br><br>　　　　　Debtor(s) | Case No. 14-18089 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)  The case was filed on 05/13/2014.

　　2)  The plan was confirmed on 12/18/2014.

　　3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

　　5)  The case was converted on 03/09/2016.

　　6)  Number of months from filing to last payment: 19.

　　7)  Number of months case was pending: 23.

　　8)  Total value of assets abandoned by court order:  NA .

　　9)  Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $10,267.00 |
| Less amount refunded to debtor | $3,000.00 |

**NET RECEIPTS:** **$7,267.00**

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $295.28 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$295.28**

Attorney fees paid and disclosed by debtor:   $4,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS | Unsecured | 12,046.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING | Unsecured | NA | 921.00 | 921.00 | 0.00 | 0.00 |
| CAPITAL MV DIRECT BRANDS | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Chgo St Univ | Unsecured | 3,051.02 | NA | NA | 0.00 | 0.00 |
| CITY NATIONAL BANK/OCWEN LN | Secured | NA | 0.00 | 16,000.00 | 6,971.72 | 0.00 |
| CITY NATIONAL BANK/OCWEN LN | Secured | 160,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY NATIONAL BANK/OCWEN LN | Unsecured | 25,040.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | NA | 1,710.90 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 900.00 | 0.00 | 1,710.90 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,200.00 | 2,586.40 | 2,586.40 | 0.00 | 0.00 |
| College Loan Corporation | Unsecured | 22,191.00 | NA | NA | 0.00 | 0.00 |
| College Loan Corporation | Unsecured | 12,784.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 442.86 | 354.29 | 354.29 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Priority | 1,725.33 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | 1,775.59 | 0.00 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Unsecured | NA | NA | 1,775.59 | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,086.00 | NA | NA | 0.00 | 0.00 |
| Davis Chiropractic | Unsecured | 65.50 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 8,031.00 | 54,586.61 | 54,586.61 | 0.00 | 0.00 |
| GALAXY INTERNATL PURCHASING | Unsecured | 364.00 | 593.17 | 593.17 | 0.00 | 0.00 |
| Geico | Unsecured | 470.39 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 2,207.00 | NA | NA | 0.00 | 0.00 |
| M T ELT CEIGIS K2 AND RTP TRU | Unsecured | 18,777.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 2,153.00 | 2,152.84 | 2,152.84 | 0.00 | 0.00 |
| NEIGHBORHOOD LENDING SERVICE | Unsecured | 24,791.52 | NA | NA | 0.00 | 0.00 |
| NEIGHBORHOOD LENDING SERVICE | Secured | 24,791.52 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,399.00 | 3,088.28 | 3,088.28 | 0.00 | 0.00 |
| RCN | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Unsecured | NA | 79.90 | 79.90 | 0.00 | 0.00 |
| Rush Oak Park Hospital | Unsecured | 922.95 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SALLIE MAE | Unsecured | 10,453.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 10,387.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 9,974.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 5,575.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,090.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 6,531.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 5,525.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,741.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,458.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,380.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,974.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,884.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,138.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,409.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,407.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,363.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 936.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 936.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 1,589.94 | 1,589.94 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS INC | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS INC | Secured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL FIDELITY | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NAVIENT SOLUTION | Unsecured | 11,471.00 | 49,587.28 | 49,587.28 | 0.00 | 0.00 |
| WELLS FARGO DEALER SVC INC | Secured | 4,700.00 | 5,623.44 | 5,623.44 | 0.00 | 0.00 |
| WELLS FARGO DEALER SVC INC | Unsecured | 923.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $16,000.00 | $6,971.72 | $0.00 |
| Debt Secured by Vehicle | $5,623.44 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,623.44** | **$6,971.72** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$119,026.20** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $295.28 |
| Disbursements to Creditors | $6,971.72 |
| **TOTAL DISBURSEMENTS** : | **$7,267.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/29/2016        By: /s/ Tom Vaughn
                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**